UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORDAN ERIC DONNELL THOMAS

v. Case No. 5:26-cv-157-TKW-ZCB

FRANK J. BISIGNANO

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on: September 25, 2026
Type of motion/pleading: Second Motion to Proceed IFP
Filed by: Plaintiff on 9/16/26 Doc. 15

JESSICA LYUBLANOVITS,
CLERK OF COURT
*/s/ Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration, it is **ORDERED** this 25th day of September 2026, that:

Because the Court has already granted Plaintiff permission to proceed *in forma pauperis* in this case (*see* Doc. 4), the Clerk of Court is directed to **TERMINATE as moot** Plaintiff's second motion to proceed *in forma pauperis* (Doc. 15).

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge